FILED
CLERK, U.S. DISTRICT COURT

SEP 2 0 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IZAZ KHAN,

PLAINTIFF(S),

v.

LOS ANGELES TIMES NEWSPAPER, et al.,

DEFENDANT(S).

CASE NUMBER:

CV17-4606 GW (FFM)

**JUDGMENT**
**(Failure to Pay Full Filing Fee)**

On ___June 30, 2017___, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☑ full filing fee ☐ initial partial filing fee.

By Order to Show Cause dated ___August 21, 2017___, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☑ full filing fee ☐ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☑ full filing fee ☐ inititial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

___Sept. 20, 2017___
Date

___[signature]___
United States District Judge

Presented by:

___[signature]___
United States Magistrate Judge